MENDEL JOELSON, Appellant, *v.* JACOB MAYERS, Respondent, Impleaded with Others.

Submitted October 24, 1938; decided November 29, 1938.

*Manfred Nathan* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.